UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLIXZANDER D HARRIS,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C20-5092-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. 4], recommending that the Court dismiss petitioner's federal habeas petition without prejudice.

(1)     The Magistrate Judge's report and recommendation is ADOPTED;

(2)     Petitioner's "Motion to Withdraw Civil Action" (Dkt. 3) is GRANTED. The federal habeas corpus petition (Dkt. 1) is DISMISSED without prejudice; and

(3)     A certificate of appealability is denied.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2020.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2